KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Suite 920
Glendale, CA 91210-0001
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEHARO SOLORZANO, AKA GENARO M. SOLORZANO,<br><br>Defendant. | CASE NO.: CV-01-08235<br><br>COMPLAINT ON PROMISSORY NOTE |

FIRST CLAIM

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follows:

1. This court has jurisdiction under Title 20 U.S.C. § 1080, and the defendant resides in the County of **San Bernardino**.

2. In consideration of a student loan, Defendant executed a promissory note, a copy which is attached hereto as Exhibit 1 on the date set forth on said note.

3. Said note and all rights to the obligation undertaken therein were thereafter assigned to Plaintiff.

4. Defendant has defaulted in the payment of the obligation due under said note according to the terms and has paid no part thereof.

5. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

## SECOND CLAIM

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follows:

6. This court has jurisdiction under Title 20 U.S.C. § 1080, and the defendant resides in the County of **San Bernardino.**

7. In consideration of a student loan, Defendant executed a promissory note, a copy which is attached hereto as Exhibit 2 on the date set forth on said note.

8. Said note and all rights to the obligation undertaken therein were thereafter assigned to Plaintiff.

9. Defendant has defaulted in the payment of the obligation due under said note according to the terms and has paid no part thereof.

10. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

## THIRD CLAIM

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follows:

11. This court has jurisdiction under Title 20 U.S.C. § 1080, and the defendant resides in the County of **San Bernardino.**

12. In consideration of a student loan, Defendant executed a promissory note, a copy which is attached hereto as Exhibit 3 on the date set forth on said note.

13. Said note and all rights to the obligation undertaken therein were thereafter assigned to Plaintiff.

14. Defendant has defaulted in the payment of the obligation due under said note according to the terms and has paid no part thereof.

15. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. As to Plaintiff's First Claim:

The principal amount of $3,039.79 plus interest accrued to May 9, 2017 in the sum of $4,271.80 with interest accruing thereafter at 5 % per annum until entry of judgment; with interest thereafter at the legal rate, plus administration charges of $00.00.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows

2. As to Plaintiff's Second Claim:

The principal amount of $5,939.19 plus interest accrued to May 9, 2017 in the sum of $12,189.12 with interest accruing thereafter at 9% per annum until entry of judgment; with interest thereafter at the legal rate, plus administration charges of $00.00.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows

3. As to Plaintiff's Third Claim:

The principal amount of $1,528.52 plus interest accrued to May 9, 2017 in the sum of $3,137.06 with interest accruing thereafter at 9 % per annum until entry of judgment; with interest thereafter at the legal rate, plus administration charges of $00.00.

3. And upon all claims:

A. For cost incurred,

B. Reasonable attorney's fees.

C. For such other and further relief as to the Court seems just.

DATED: May 9, 2017

IRSFELD, IRSFELD & YOUNGER LLP

By:______________________

Kathryn E. Van Houten
Attorney for Plaintiff